UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GLYN EARL JOHNSON, )<br>)<br>Petitioner, )<br>) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:97-CV-1103-G |
| UNITED STATES OF AMERICA, )<br>) | |
| Respondent. ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

Petitioner's Rule 60(b) motion (docket entry 7) is **DENIED** with prejudice.

**SO ORDERED**.

September 12, 2014.

_____
**A. JOE FISH**
**Senior United States District Judge**